# United States Bankruptcy Court
## Northern District of Texas

In re **Kearney Kefauver Brown, Jr.**  Case No. **24-33509-7**
Debtor(s)  Chapter **7**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Debtor's Amended Schedule E/F - Creditor's Who Have Unsecured Claims.**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment.

Date: **November 8, 2024**

**/s/ Donald E. Hood TX**
**Donald E. Hood TX 09941040**
**Attorney for Debtor(s)**
**The Law Office of Donald E. Hood, PLLC**
**6440 N. Central Expressway, Suite 605**
**Dallas, TX 75206**
**(214) 234-0529 Fax:(214) 234-0528**
**don.hood@dehlaw.com**

| | **Fill in this information to identify your case:** |
|---|---|

| Debtor 1 | **Kearney Kefauver Brown, Jr.** |
|---|---|
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **24-33509-7** |

■ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                                     **Total claim**

| 4.1 | **Defense Finance and Accounting Service** | Last 4 digits of account number | **Z1ZY** | **$19,048.00** |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | | | |
| | **DCMO Customer Care** | When was the debt incurred? | **2010** | |
| | **Out of Service Dept. and Claims** | | | |
| | **8899 E. 56th Street** | | | |
| | **Indianapolis, IN 46249** | | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | |

Who incurred the debt? Check one.

■ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**     ☐ Student loans

**Is the claim subject to offset?**     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes     ■ Other. Specify   **Wage Overpayment**

### Part 3:   List Others to Be Notified About a Debt That You Already Listed

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

### Part 4:   Add the Amounts for Each Type of Unsecured Claim

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 1 of 2

28221

Debtor 1 **Kearney Kefauver Brown, Jr.**     Case number (if known) **24-33509-7**

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | | Total Claim |
|---|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **0.00** |

**Total claims from Part 2**

| | | | | Total Claim |
|---|---|---|---|---|
| 6f. | Student loans | 6f. | $ | 0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 19,048.00 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **19,048.00** |

# United States Bankruptcy Court
## Northern District of Texas

In re  **Kearney Kefauver Brown, Jr.**  Case No. **24-33509-7**
Debtor(s)  Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2024, a copy of **Debtor's Amended Schedule E/F - Creditor's Who Have Unsecured Claims** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Defense Finance and Accounting Service**

**/s/ Donald E. Hood TX**
**Donald E. Hood TX 09941040**
**The Law Office of Donald E. Hood, PLLC**
**6440 N. Central Expressway, Suite 605**
**Dallas, TX 75206**
**(214) 234-0529 Fax:(214) 234-0528**
**don.hood@dehlaw.com**

**Fill in this information to identify your case:**

Debtor 1: **Kearney Kefauver Brown, Jr.**
First Name / Middle Name / Last Name

Debtor 2:
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number: **24-33509-7**
(if known)

☑ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Kearney Kefauver Brown, Jr.**           X _____
**Kearney Kefauver Brown, Jr.**                    Signature of Debtor 2
Signature of Debtor 1

Date **November 8, 2024**                          Date _____

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**